UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   **14-CV-7345 (VSB)**
CYNTHIA ALMONTE,

                Plaintiff          **NOTICE OF MOTION**

   -against-

BAILEY REALTY ENTERPRISES CORP. and
ELIAS MORILLO, *Individually*,

                Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, the annexed declaration of Jessenia Maldonado, Esq., and all prior proceedings had herein, a motion will be made by Plaintiff before the Honorable Vernon S. Broderick, to be held at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

    a)    Granting Plaintiff's counsel, Phillips & Associates, PLLC, leave to withdraw as counsel for the Plaintiff in this action, pursuant to Local Rule 1.4; and

    b)    For such further relief as this Court may deem just and proper.

Dated:  New York, New York
         July 8, 2015

                                                         **PHILLIPS & ASSOCIATES,**
                                                         **ATTORNEYS AT LAW, PLLC**

                                 By:       /s/
                                          Jessenia Maldonado (JM7811)
                                          *Attorneys for Plaintiff*
                                          45 Broadway, Suite 620
                                          New York, New York 10006
                                          (212) 248-7431
                                          jmaldonado@tpglaws.com